Decided March 15, 1995

### MICHAEL JOHNSON *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Johnson's petition for certification for appeal from the Appellate Court, 36 Conn. App. 695 (AC 12515), is denied.

*Christopher C. Sheehan,* deputy assistant public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided March 15, 1995